

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00210-CV

VIRTUE US INVESTMENTS INC. AND ANNAKATRINA KELLY, APPELLANTS

V.

FORD MOTOR CREDIT COMPANY, APPELLEE

On Appeal from the County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2024-002477-3, Honorable Mike Hrabal, Presiding

July 31, 2026

MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellants, Virtue US Investments Inc. and Annakatrina Kelly, appeal from the trial court's *Summary Judgment Order.*[1]  Appellants' brief was originally due July 1, 2026, but was not filed.  By letter of July 8, 2026, we notified Appellants that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE § 73.001.

July 20, 2026.  To date, Appellants have neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam